**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SHAUNA ROCK,

                     Plaintiff,

       - against -

MARKHAM GARDENS, DOMAIN NEW YORK,
JOE BARET, and MARK SCHWARTZ,
                     Defendants.
-------------------------------------------------------------X

**ORDER**

10-CV-564 (ARR) (JO)

**JAMES ORENSTEIN, Magistrate Judge:**

Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is hereby

granted. The United States Marshals Service is directed to serve the summons and complaint

upon the defendants without prepayment of fees.

      SO ORDERED.

Dated: Brooklyn, New York
       March 17, 2010

                                     /S/
                                JAMES ORENSTEIN
                                U.S. Magistrate Judge