D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SHAUNA MARIE ROCK

      Plaintiff,

  - against -

JOE BARET,

      Defendant.
------------------------------------------------------------X

<u>ORDER OF
DISCONTINUANCE</u>

Civil No. 10 564(ARR)(JO)

  It having been reported to the Court that the above-captioned case has been settled,

  IT IS HEREBY ORDERED that the action is discontinued, without prejudice.

SO ORDERED:

DATED:  Brooklyn, New York
     August 13, 2010

              S/Judge Ross

              _____
              Allyne R. Ross
              United States District Judge

COPIES WERE FORWARDED TO:

Shauna Marie Rock
220 Osgood Avenue
Apt. 4N
Staten Island, NY 10304

Joe Baret
110 N. Burgher Avenue
# 2A
Staten Island, NY 10310

Magistrate Judge Orenstein