**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 1 3 2010 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

SHAUNA MARIE ROCK,

                Plaintiff,

  -against-

MARKHAM GARDENS, et al.,

                Defendants.

------------------------------------------------------------------ X

10-CV-564 (ARR)(JO)

NOT FOR
PRINT OR ELECTRONIC
PUBLICATION

ORDER

ROSS, United States District Judge:

      The court has received the Report and Recommendation on the instant case dated August 13, 2010 from the Honorable James Orenstein, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Edwards v. Town of Huntington, No. 05 Civ. 339 (NGG) (AKT), 2007 U.S. Dist. LEXIS 50074, at *6 (E.D.N.Y. July 11, 2007); McKoy v. Henderson, No. 05 Civ. 1535 (DAB), 2007 U.S. Dist. LEXIS 15673, at *1 (S.D.N.Y. March 5, 2007). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

      Therefore, this action is dismissed against defendant Joe Baret with prejudice.

      SO ORDERED.

                        _____
                        Allyne R. Ross
                        United States District Judge

Dated: September 10, 2010
Brooklyn, New York

SERVICE LIST:

> <u>Plaintiff</u>
> Shauna Marie Rock
> 220 Osgood Avenue
> Apt.# 4N
> Staten Island, NY 10304

cc:    Magistrate Judge Orenstein